# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Francisco Rodriguez-Porcayo**<br>YOB: 1983; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-08579MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 13, 2021, at or near Douglas, in the District of Arizona, **Francisco Rodriguez-Porcayo**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Brownsville, Texas on April 2, 2021, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Francisco Rodriguez-Porcayo** is a citizen of Mexico. On April 2, 2021, **Francisco Rodriguez-Porcayo** was lawfully denied admission, excluded, deported and removed from the United States through Brownsville, Texas. On May 13, 2021, agents found **Francisco Rodriguez-Porcayo** in the United States at or near Douglas, Arizona, without the proper immigration documents. **Francisco Rodriguez-Porcayo** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>   Being duly sworn, I declare that the foregoing is<br>CJC3/AJC<br>AUTHORIZED AUSA /s/Christopher J. Curran | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>May 14, 2021 |

1) See Federal rules of Criminal Procedure Rules 3, 4, and 54